# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**EDMOND DENTON REEVES**                        **PETITIONER**

v.                        **CIVIL ACTION NO. 1:19-CV-29-LG-JCG**

**FRANK SHAW**                        **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

For the reasons stated in the [11] Report and Recommendation of the Magistrate Judge filed June 14, 2019, and after an independent review of the record, a de novo determination of the issues, and consideration of Petitioner's [13] Objection to the Report and Recommendation, Respondent's [14] Response, and Petitioner's [15] Reply, and having determined that the Magistrate Judge's findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [11] Report and Recommendation of the Magistrate Judge is **ADOPTED** as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [6] Motion to Dismiss filed by Respondent is **GRANTED**. The Petition is **DISMISSED with prejudice** as untimely.

**SO ORDERED AND ADJUDGED** this the 1st day of August, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE