# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**EDMOND DENTON REEVES**                                              **PETITIONER**

v.                              **CIVIL ACTION NO. 1:19-CV-29-LG-JCG**

**FRANK SHAW**                                                             **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge John C. Gargiulo entered in this cause on June 14, 2019. The Court, having adopted said report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed as untimely. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 1st day of August, 2019.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  UNITED STATES DISTRICT JUDGE